USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                       :
                                                                       :
                                      Plaintiff,              :
                                                                       :
              -against-                                       :         19-MC-587 (VEC)
                                                                       :
                                                                       :         <u>ORDER</u>
ALBANY CHEMICAL COMPANY, *et al.*,     :
                                                                       :
                                      Defendants.         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 20, 2019, Plaintiff moved to terminate the judgment in the above-captioned antitrust case pursuant to Rule 60(b) of the Federal Rules of Civil Procedure (Dkt. 1);

WHEREAS Plaintiff indicates that Defendant Albany Chemical Company is no longer registered to do business in New York;

IT IS HEREBY ORDERED THAT: No later than **January 10, 2020**, the Government must provide additional detail regarding Defendant Albany Chemical's history. For example, did it merge with or get purchased by another company? If so, which one? If so, is the merged company still in business? Or, is there any indication that Albany Chemical or a successor company bankrupted or went out of business?

**SO ORDERED.**

Date: December 26, 2019
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**