UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2020

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ALBANY CHEMICAL COMPANY, *et al.*,
    Defendants.

In Equity No. 20-232

### ~~[PROPOSED]~~ ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of Plaintiff, United States of America, for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: 1/10/2020

*[Signature: Valerie Caproni]*

United States District Court Judge
Southern District of New York